**KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP**
Guy O. Kornblum, Esq., SB# 39974
   Email: gkornblum@kcehlaw.com
Yaelle E. Shaham, Esq., SB# 294755
   Email: yshaham@kcehlaw.com
1388 Sutter Street, Suite 505
San Francisco, CA 94109
Telephone: 415.440.7800
Facsimile: 415.440.7898

**SPIERING, SWARTZ & KENNEDY**
James F. Spiering, Esq., SB# 60043
550 Hartnell Street
Monterey, CA 93940
Telephone: 831.373.3235
Facsimile: 831.373.4247

Attorneys for Plaintiff CHARLES BISWANGER IV

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Stephen J. Liberatore, Esq., SB# 129772
   Email: Stephen.Liberatore@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, CA 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Jamie L. Vels, Esq., SB# 156469
   Email: Jamie.Vels@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant STARR SURPLUS LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Charles Biswanger IV, an Individual, | CASE NO. 5:18-CV-04005-NC |
| Plaintiff, | **STIPULATION re: REQUEST FOR DISMISSAL OF ACTION**; ORDER |
| v. | |
| Starr Surplus Lines Insurance Company, an Illinois corporation, | |
| Defendant. | |

The Parties to the above-entitled action, by and through their respective counsel, hereby stipulate as follows:

## RECITALS

1. The Parties participated in mediation through the Court's Alternative Dispute Resolution Program on March 4, 2019, with Michael J. Timpane, Esq., as mediator;

2. The Parties reached a settlement at the mediation on March 4, 2019;

3. The Parties, by and through their respective counsel, negotiated and agreed on the terms of the "Mutual Release and Settlement Agreement";

4. Settlement monies have been paid; and

5. The "Mutual Release and Settlement Agreement" has been fully executed.

## STIPULATION

Therefore, the Parties stipulate and request that the Court dismiss the above-captioned action with prejudice.

Respectfully submitted,

Dated: April 11, 2019  Kornblum, Cochran, Erickson & Harbison, LLP

By /s/ Guy O. Kornblum
Guy O. Kornblum
Yaelle E. Shaham
Attorneys for Plaintiff
Charles Biswanger IV

Dated: April 11, 2019  Spiering, Swartz & Kennedy

By /s/ James F. Spiering
James F. Spiering
Attorneys for Plaintiff
Charles Biswanger IV

Dated: April 11, 2019  Lewis Brisbois Bisgaard & Smith LLP

By /s/ Stephen J. Liberatore
Stephen J. Liberatore
Jamie L. Vels
Attorneys for Defendant
Starr Surplus Lines Insurance Company



## ORDER

Having read and considered the Parties' stipulation as set forth above, and finding good cause for the Parties' request,

**THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated: April 12, 2019



# FEDERAL COURT PROOF OF SERVICE

Charles Biswanger IV v. Starr Surplus Lines Insurance Company - Case No. 18-CV_04005-NC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 11, 2019, I served the following document(s):

**STIPULATION re: REQUEST FOR DISMISSAL OF ACTION**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 11, 2019, at San Francisco, California.

Maureen Liu

**SERVICE LIST**
**Charles Biswanger IV v. Starr Surplus Lines Insurance Company**
**18-CV_04005-NC**

| | |
|---|---|
| Guy O. Kornblum, Esq.<br>Yaelle E. Shaham, Esq.<br>Kornblum, Cochran, Erickson & Harbison, LLP<br>1388 Sutter Street, Suite 505<br>San Francisco, CA 94109<br>Tele: 415.440.7800<br>Fax: 415.440.7898<br>Email: gkornblum@kcehlaw.com<br>Email: yshaham@kcehlaw.com | Attorneys for Plaintiff<br>Charles Biswanger IV |
| James P. Spiering, Esq.<br>Spiering, Swartz & Kennedy<br>550 Hartnell Street<br>Monterey, CA 93940<br>Tele: 831.373.3235<br>Fax: 831.373.4247<br>Email: jfs1@ssklaw.com | Attorneys for Plaintiff<br>Charles Biswanger IV |